UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X  07CV04452(AKH)
HECTOR BARROSO,

                            Plaintiffs,

    - against –

                                                            ANSWER

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BFP ONE LIBERTY PLAZA CO., LLC., BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A
BMS CAT, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., ENVIROTECH CLEAN AIR, INC.,
GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC., NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP, NEW
YORK CITY ECONOMIC DEVELOPMENT CORPORATION, NEW
YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK
INDUSTRIAL DEVELOPMENT CORPORATION, NEW YORK
UNIVERSITY, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY
PLAZA, STRUCTURE TONE(UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., THE BOARD OF MANAGERS OF THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO #1178), THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO #1178) TOSCORP INC., TUCKER
ANTHONY, INC.,WESTON SOLUTIONS, INC., WFP ONE LIBERTY
PLAZA CO., L.P., WFP ONE LIBERTY PLAZA, CO. GP, CORP.,
WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER B
CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B.
CO., L.P., AND WORLD FINANCIAL PROPERTIES, L.P., ET AL
                            Defendants.

------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                                    Yours, etc.

                                    FRIEDMAN, HARFENIST, LANGER & KRAUT
                                    Attorneys for Defendant –Envirotech
                                    3000 Marcus Avenue, Suite 2E1
                                    Lake Success, New York 11042
                                    (516) 775-5800

                                    BY: /s/ H. Smar
                                        Heather L. Smar (4622)