UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
-----------------------------------------------------------------X
HECTOR BARROSO,                         :   07-CV-04452-AKH
                                        :
                Plaintiff,              :
                                        :   **APPEARANCE**
    - against -                         :
                                        :
ALAN KASMAN D/B/A KASCO, *et al.*,      :   **ELECTRONICALLY FILED**
                                        :
                Defendants.             :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York           DICKSTEIN SHAPIRO LLP
        October 3, 2007

                          By:    /s/  Judith R. Cohen
                                 _____
                                 Judith R. Cohen (JC-8614)
                                 1177 Avenue of the Americas
                                 New York, New York 10036
                                 Phone: (212) 277-6500
                                 Fax: (212) 277-6501

                                 *Attorney for Defendant*
                                 MERRILL LYNCH & CO., INC.

DOCSNY-271352v01