x:\ATS51922\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X    21 MC 102 (AKH)
  HECTOR BARROSO,

                                        Civil Action No.: 07 CV 4452

                                        **NOTICE OF ADOPTION**

                        Plaintiff(s),
            - against -

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC., D/B/A BMS CAT, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES
CO., MERRILL LYNCH & CO., INC., NATIONAL
ASSOCIATION OF SECURITIES DEALERS, INC., NEW
LIBERTY PLAZA LP., NEW YORK CITY ECONOMIC
DEVELOPMENT CORPORATION NEW YORK CITY
INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK
CITY INDUSTRIAL DEVELOPMENT CORPORATION,
NEW YORK UNIVERSITY, NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ONE LIBERTY PLAZA,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THE BOARD OF MANAGERS
OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO

# 1178), THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO # 1178) TOSCORP INC., TUCKER ANTHONY, INC., WESTON SOLUTIONS, INC., WFP ONE LIBERTY PLAZA CO, L.P., WFP ONE LIBERTY PLAZA, CO. GP, CORP., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP. WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP. WFP TOWER B HOLDING CO., LP., WFP TOWER B. CO. L.P., AND WORD FINANCIAL PROPERTIES, L.P.,

        Defendant(s).
-----------------------------------------------------------------------X

COUNSELORS:

    PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

    WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       October 15, 2007

                                  ROGER P. McTIERNAN, JR. (RPM 1680)
                                  BARRY, McTIERNAN & MOORE
                                  Attorneys for Defendants
                                  ANN TAYLOR STORES CORPORATION.
                                  2 Rector Street – 14th Floor
                                  New York, New York 10006
                                  (212) 313-3600