Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
JEMB REALTY CORP., 150 BROADWAY N.Y. ASSOCIATES L.P., 150 BROADWAY CORP AND BAILEY N.Y. ASSOCIATES and 75 BROAD LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

HECTOR BARROSO,                                              Index No.: 07-CV-4452

                        Plaintiff(s),   **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

  -against-

                                       **ELECTRONICALLY FILED**

150 BROADWAY CORP., *et al.*,

                        Defendant(s).
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants, JEMB REALTY CORP., 150 BROADWAY N.Y. ASSOCIATES L.P., 150 BROADWAY CORP., BAILEY N.Y. ASSOCIATES and 75 BROAD LLC, by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendants, JEMB REALTY CORP., 150 BROADWAY N.Y. ASSOCIATES L.P., 150 BROADWAY CORP., BAILEY N.Y. ASSOCIATES and 75 BROAD LLC, by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
December 7, 2007

                                             Yours etc.,

                                             McGIVNEY & KLUGER, P.C.
                                             Attorneys for Defendants
                                             JEMB REALTY CORP., 150 BROADWAY N.Y. ASSOCIATES L.P., 150 BROADWAY CORP., BAILEY N.Y. ASSOCIATES and 75 BROAD LLC

                                             By: _____
                                                Richard E. Leff (RL-2123)
                                                80 Broad Street, 23rd Floor
                                                New York, New York 10004
                                                (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site Litigation
          115 Broadway, 12th Floor
          New York, New York 10006
          (212) 267-3700

          All Defense Counsel