Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
160 WATER STREET ASSOCIATES, INC.
and G.L.O. MANAGEMENT, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X  21 MC 102 (AKH)

HECTOR BARROSO                                                 Index No.: 07-CV-4452

                        Plaintiff(s),           **NOTICE OF ADOPTION OF ANSWER**
                                                              **TO MASTER COMPLAINT**
    -against-

150 BROADWAY CORP., *et al.*,                                  **ELECTRONICALLY FILED**

                        Defendant(s).
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants, 160 WATER STREET ASSOCIATES, INC. and G.L.O. MANAGEMENT, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the Defendants, 160 WATER STREET ASSOCIATES, INC. and G.L.O. MANAGEMENT, INC., demand judgment dismissing the above-captioned action as against

them, together with costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
   December 7, 2007

          Yours etc.,

          McGIVNEY & KLUGER, P.C.
          Attorneys for Defendants
          160 WATER STREET ASSOCIATES, INC. and
          G.L.O. MANAGEMENT, INC.

          By: _____
           Richard E. Leff (RL-2123)
           80 Broad Street, 23rd Floor
           New York, New York 10004
           (212) 509-3456

TO: WORBY GRONER & NAPOLI BERN, LLP
   Plaintiffs Liaison
   In Re Lower Manhattan Disaster Site
   Litigation
   115 Broadway, 12th Floor
   New York, New York 10006
   (212) 267-3700

   All Defense Counsel