UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------------------------------------------------X    07CV04452(AKH)
HECTOR BARROSO,

Plaintiffs,

-    against –

ANSWER TO
AMENDED
COMPLAINT

150 BROADWAY CORP., 150 BROADWAY NY ASSOCIATS LP,
160 WATER ST INC,
160 WATER STREET ASSOCIATES,
90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO,
AMBIENT GROUP INC.,
ANN TAYLOR STORES
AT&T WIRELESS SERVICES INC.,
BAILEY NY ASSOCIATES
BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP INC.,
BFP ONE LIBERTY PLAZA CO., LLC., BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A
BMS CAT, BOSTON PROPERTIES, INC,
BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., ENVIROTECH CLEAN AIR, INC.,
GLO MANAGEMENT INC,
GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.,
MERRILL LYNCH & CO, INC., NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP, NEW
YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK
INDUSTRIAL DEVELOPMENT CORPORATION, NEW YORK
UNIVERSITY, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY
PLAZA, STRUCTURE TONE(UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., THE BOARD OF MANAGERS OF THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO #1178), THE ONE LIBERTY

PLAZA CONDOMINIUM (CONDO #1178) TOSCORP INC.,
TUCKER ANTHONY, INC.,
VERIZON NEW YORK INC,
WESTON SOLUTIONS, INC., WFP ONE LIBERTY
PLAZA CO., L.P., WFP ONE LIBERTY PLAZA, CO. GP, CORP.,
WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER B
CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B.
CO., L.P., WFP TOWER D CO GP CORP,
WFP TOWER D HOLDING CO I LP,
WFP TOWER D HOLDING CO II LP,
WFP TOWER D HOLDING I GP CORP,
WFP TOWER D CO LP,
AND WORLD FINANCIAL PROPERTIES, L.P., ET AL
                                        Defendants.

-----------------------------------------------------------------------------X

      PLEASE   TAKE   NOTICE   that   defendant   Envirotech   Clean   Air   Inc.

("Envirotech"), as and for their responses to the allegations set forth in the Amended

Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in

the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint

dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower*

*Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

      WHEREFORE, the defendant Envirotech demands judgment dismissing the

above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
      January 23, 2008

                Yours, etc.

                FRIEDMAN, HARFENIST, LANGER & KRAUT
                Attorneys for Defendant –Envirotech
                3000 Marcus Avenue, Suite 2E1
                Lake Success, New York 11042
                (516) 775-5800

                BY:
                        Heather L. Smar (4622)